JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT MUNOZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICOLD LOGISTICS, LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 5:26-CV-02219-SSS-SPx<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND ACTION**<br>**(Doc. No. 14)**<br><br>**NOTE CHANGES MADE BY COURT** |

ORDER GRANTING JOINT STIPULATON TO REMAND ACTION

On June 24, 2026, the Parties filed the Joint Stipulation to Remand Action requesting that the Court remand Plaintiff Vincent Munoz's action to the state court in the County of San Bernardino. The Court, having considered the Parties Stipulation and finding good cause, hereby GRANTS the Stipulation and ORDERS as follows:

1. The Parties' request to remand action to state court in the County of San Bernardino is GRANTED.

2. The Motion to Remand (Dkt. 13) is **DENIED as moot**.

IT IS SO ORDERED.

Dated: June 25, 2026

_____
Hon. Sunshine S. Sykes
United States District Judge

---

ORDER GRANTING JOINT STIPULATON TO REMAND ACTION